IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| LEE E. STOKES, JR., | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | No. 5:11CV00106 SWW/HDY |
| | * | |
| RAY HOBBS, | * | |
| | * | |
| Respondent | * | |

**Order**

Before the Court is petitioner's motion for an extension of time to file objections to the recommended disposition. The motion [docket entry 12] is granted. Petitioner has until and including June 22, 2011, to file his objections.

DATED this 21st day of June, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE