IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE E. STOKES, JR.                                                           PETITIONER

VS.                         CASE NO. 5:11CV00106 SWW

RAY HOBBS, Director of the
Arkansas Department of Correction                                            RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.[1] Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 28th day of June, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Along with his objections, petitioner filed a motion to appoint counsel [docket entry 14] and a motion for leave to proceed *in forma pauperis* [docket entry 15]. The motions are denied.