IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE E. STOKES, JR.                                                                   PETITIONER

VS.                         CASE NO. 5:11CV00106 SWW

RAY HOBBS, Director of the
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 28th day of June, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE